## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>DWYER, BARRY M.<br><br>Debtor. | Case No. BK-10-11928-SAH<br>Chapter 7 |

### TRUSTEE'S REPORT OF UNCLIMED FUNDS REMITTED TO THE COURT

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 remits all unclaimed from the above captioned bankruptcy case to the Court Clerk.

| Creditor | Claim Number | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Hudson & Keyse LLC** | 2 | $8,398.38 | $372.18 |
| **TOTAL:** | | | $372.18 |

All checks made payable to the Court Clerk is attached hereto for deposit.

DATE:  March 3, 2011

s/SUSAN MANCHESTER

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE